**JOHN DOUGLAS BARR** ............... California State Bar No. 40663
**TROY DOUGLAS MUDFORD** ..... California State Bar No. 156392
**ESTEE LEWIS**................................California State Bar No. 268358
**CATHLEEN THERESA BARR** ....... California State Bar No. 295538
**BRANDON STORMENT** ...............California State Bar No. 267260
**BARR & MUDFORD, LLP**
1824 Court Street / Post Office Box 994390
Redding, California 96099-4390
Telephone: (530) 243-8008
Facsimile: (530) 243-1648

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY McFAYDEN, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF TEHAMA, et al.<br><br>Defendants. | No. 2:18-CV-02912-TLN-DMC<br><br>**ORDER GRANTING PLAINTIFFS' THIRD MOTION TO EXTEND TIME PERIOD FOR SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT SUCCESSOR IN INTEREST OR ESTATE OF KEVIN NEAL** |

**IT IS HEREBY ORDERED** that plaintiffs TROY MCFADYEN, in his Individual Capacity, and as Heir at Law and Successor in Interest to MICHELLE MCFADYEN, deceased, PHILLIP BOW and SIA BOW, as Heirs of Law and Successors in Interest to MICHELLE MCFADYEN, Deceased, be allowed, and hereby are allowed, a further ninety (90) days after the expected response date, or **November 1, 2019**, in which to effectuate service of the Summons and Complaint on defendant SUCCESSOR IN INTEREST OR ESTATE OF KEVIN NEAL.

Dated: August 20, 2019

_____
Troy L. Nunley
United States District Judge

BARR & MUDFORD
Attorneys at Law
1824 Court Street
Post Office Box 994390
Redding, CA 96099-4390
(530) 243-8008

Page 1
**Order Re Plaintiffs' 3rd Motion to Extend Time Period for Service**