**TROY DOUGLAS MUDFORD** ..... California State Bar No. 156392
**ESTEE LEWIS**..................................California State Bar No. 268358
**CATHLEEN THERESA BARR** ....... California State Bar No. 295538
**BRANDON STORMENT** ...............California State Bar No. 267260
**BARR & MUDFORD, LLP**
1824 Court Street/Post Office Box 994390
Redding, California   96099-4390
Telephone:  (530) 243-8008
Facsimile:  (530) 243-1648

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY McFADYEN, in his Individual Capacity, And as Heir at Law and Successor in Interest To MICHELLE MCFADYEN, deceased; PHILLIP BOW; et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF TEHAMA; et al.,<br><br>Defendants. | No.  2:18-CV-02912-TLN-DMC<br><br>**STIPULATION AND ORDR TO EXTEND TIME FOR PLAINTIFFS TO FILE A FURTHER AMENDED COMPLAINT OR REQUEST FOR FINAL ORDER** |

   **WHEREAS,** on or about September 3, 2021, this Court granted a Motion to Dismiss in the above-entitled case.  [Document 54.] Some causes of action were dismissed without leave to amend, and some causes of action were dismissed with leave to amend.

   **WHEREAS,** the Plaintiffs were ordered to file an Amended Complaint within thirty (30) days (by October 3, 2021.)

   **WHEREAS,** the Parties have met and conferred and agree that additional time is necessary to discuss the issues of this case and best course of action.

BARR & MUDFORD
Attorneys at Law
1824 Court Street
Post Office Box 994390
Redding, CA  96099-4390
(530) 243-8008

Page 1
**Stipulation and Order**

**THEREFORE, IT IS HEREBY STIPULATED AND REQUESTED** that this Court extend the time for the Plaintiffs to file an Amended Complaint or Request for Final Order for sixty (60) additional days, to December 3, 2021.

Dated: September 30, 2021          BARR & MUDFORD, LLP

                                                    /s/ Estee Lewis
                                                    ESTEE LEWIS
                                                    Attorneys for Plaintiffs

Dated: September 30, 2021          KENNY & NORINE

                                                    /s/ Jonz Norine   (E-signature approved on 9/30/21)
                                                    JONZ NORINE
                                                    Attorneys for Defendants, COUNTY OF TEHAMA, DAVE HENCRATT, PHIL JOHNSTON and TEHAMA COUNTY SHERIFF'S OFFICE

Dated: September 30, 2021          LEVANGIE LAW GROUP

                                                    /s/ Shawn C. Loorz   (E-signature approved on 9/30/21)
                                                    MICHAEL J. LAVANGIE
                                                    SHAWN C. LOORZ
                                                    Attorneys for Defendant, RANCHO TEHAMA ASSOCIATION, INC.

**IT IS SO ORDRED.**

Dated: October 1, 2021

*[signature]*

Troy L. Nunley
United States District Judge

BARR & MUDFORD
Attorneys at Law
1824 Court Street
Post Office Box 994390
Redding, CA 96099-4390
(530) 243-8008

Page 2
**Stipulation and Order**